IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER CABLE PRODUCTS, INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>VIZIO, INC., a Delaware corporation, and<br><br>DOES 1-10 INCLUSIVE,<br><br>　　　　　　　Defendants. | No. 4:10-cv-05228-SBA<br><br>[~~PROPOSED~~] ORDER GRANTING EXTENSION OF TIME FOR VIZIO, INC. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT UNDER CIVIL L.R. 6-1(a)<br><br>**DOCKET 16** |

Came on for consideration the Plaintiff, Monster Cable Products, Inc.'s Motion for Administrative Relief pursuant to Civil L.R. 7-11. The Court finds that the Motion is well taken and is hereby GRANTED.

IT IS THEREFORE ORDERED that the deadline for Defendant Vizio, Inc. to answer or otherwise respond to the Complaint is extended to March 4, 2011.

IT IS SO ORDERED.

Dated: 2-3-11

　　　　　　　　　　　　　　　　　　　　　_Saundra B Armstrong_
　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　United States District Judge