DAVID N. MAKOUS, SB# 082409
  E-Mail: makous@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant, Vizio, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MONSTER CABLE PRODUCTS, INC., a California corporation,<br><br>             Plaintiff,<br><br>      v.<br><br>VIZIO, INC., a Delaware corporation, and DOES 1-10, Inclusive,<br><br>             Defendants. | CASE NO. CV 10-05228<br><br>**STIPULATION RE FILING FIRST AMENDED COMPLAINT TO ADD A PARTY AND RESPONSE DUE DATES**<br><br>TRIAL DATE:     None Set |

   The parties to this action, by and through their respective counsel, hereby stipulate as follows:

   1. Plaintiff will amend its Complaint to add a new party Vizio, Inc., a California corporation, of Irvine, California as an additional Defendant;

   2. Plaintiff will serve a copy of the amended Complaint to the undersigned counsel for Defendants, who has agreed to accept service of this and all pleadings in this matter of behalf of both Defendants;

   3. Both Defendants shall answer or otherwise respond to the amended Complaint twenty-one (21) days after receipt, which acts in part as a further extension of time for Vizio, Inc. of Delaware to respond, Plaintiff having previously

1  granted extensions to Defendant to respond.

2      IT IS SO STIPULATED.

3

4  DATED: May 6, 2011        CHRISTOPHER J. PASSARELLI
                                     LaRIVIERE, GRUBMAN & PAYNE, LLP

5

6

7                                  By: _____
                                    Christopher J. Passarelli

8                                        Attorneys for Plaintiff
                                      MONSTER CABLE PRODUCTS. INC.

9

10

11  DATED: May 6, 2011        DAVID N. MAKOUS
                                     LEWIS BRISBOIS BISGAARD & SMITH LLP

12

13                                  By: _____

14                                        David N. Makous
                                      Attorneys for Defendant, Vizio, Inc.

15

16                               **ORDER**

17      The foregoing stipulation is approved.

18      IT IS SO ORDERED.

19  Dated:  May 6, 2011

20                                         SAUNDRA BROWN ARMSTRONG
                                       United States District Judge