LARIVIERE, GRUBMAN & PAYNE, LLP
Robert W. Payne, Esq. (Bar No. 073901)
Christopher J. Passarelli (Bar No. 241174)
Post Office Box 3140
19 Upper Ragsdale Drive
Monterey, CA  93942-3140
Telephone: (831) 649-8800
Facsimile: (831) 649-8835

Attorneys for Plaintiff
MONSTER CABLE PRODUCTS, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| MONSTER CABLE PRODUCTS, INC., a California corporation, | ) Case No: 4:10-cv-05228-SBA |
|---|---|
| Plaintiff, | ) **STIPULATION TO EXTEND** |
| vs. | ) **MEDIATION DEADLINE** |
| VIZIO, INC., a Delaware corporation, VIZIO, INC., a California corporation, AND DOES 1-10 INCLUSIVE, | ) |
| Defendants. | ) |

The parties hereto, by their respective counsel, hereby stipulate to extend the mediation deadline from August 23, 2011 to October 7, 2011. The parties are engaged in settlement negotiations.  The parties further agree that this extension will not alter the date of any event or any deadline already fixed by Court order.

Dated: August 4, 2011        LARIVIERE, GRUBMAN & PAYNE, LLP

By:  /s/ Christopher J. Passarelli
    Christopher J. Passarelli
    Attorneys for Plaintiff

Dated: August 4, 2011        LEWIS BRISBOIS BISGAARD & SMITH, LLP

By:  /s/ David N. Makous (as authorized on  8/4/11)
    David N. Makous
    Attorneys for Defendants

Stipulation to Extend Mediation Deadline
Case No. 4:10-cv-05228-SBA

1

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Date: _8/12/11

*Saundra B Armstrong*
Saundra Brown Armstrong
United States District Judge