**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONSTER,   No. C 10-5228 SBA (NJV)

        Plaintiff(s),

  v.   ORDER VACATING
         SETTLEMENT CONFERENCE
VIZIO,

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

The parties to this matter having advised the Court that they have agreed to a settlement, it is hereby ORDERED that the Settlement Conference set for December 20, 2011 is VACATED.

Dated: December 20, 2011

_____
NANDOR J VADAS
United States Magistrate Judge