LARIVIERE, GRUBMAN & PAYNE, LLP
Robert W. Payne, Esq. (Bar No. 073901)
Christopher J. Passarelli (Bar No. 241174)
Post Office Box 3140
19 Upper Ragsdale Drive
Monterey, CA  93942-3140
Telephone: (831) 649-8800
Facsimile: (831) 649-8835

Attorneys for Plaintiff
MONSTER, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| MONSTER, INC., a California corporation, | ) Case No: 4:10-cv-05228-SBA |
|---|---|
| Plaintiff, | ) **STIPULATION FOR DISMISSAL** |
| vs. | ) **WITH PREJUDICE** |
| VIZIO, INC., a Delaware corporation, VIZIO, INC., a California corporation, AND DOES 1-10 INCLUSIVE, | ) |
| Defendants. | ) |

Plaintiff, MONSTER, INC. and Defendants, VIZIO, INC., acting by and through the undersigned counsel of record, hereby stipulate and agree that this case should be dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

Dated: December 20, 2011     LARIVIERE, GRUBMAN & PAYNE, LLP

By:  /s/ Christopher J. Passarelli
    Christopher J. Passarelli
    Attorneys for Plaintiff

Dated: December 20, 2011     LEWIS BRISBOIS BISGAARD & SMITH, LLP

By:  /s/ Mina Hamilton (as authorized on 12/20/11)
    David N. Makous
    Mina Hamilton
    Attorneys for Defendants

1
2   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
3
4   Date: 12-21-11                          *Saundra B Armstrong*
                                             Saundra Brown Armstrong
5                                            United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION FOR DISMISSAL WITH PREJUDICE
Case No. 4:10-cv-05228-SBA