LARIVIERE, GRUBMAN & PAYNE, LLP
Robert W. Payne, Esq. (Bar No. 073901)
Christopher J. Passarelli (Bar No. 241174)
Post Office Box 3140
19 Upper Ragsdale Drive
Monterey, CA  93942-3140
Telephone: (831) 649-8800
Facsimile: (831) 649-8835

Attorneys for Plaintiff
MONSTER, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER, INC., a California corporation, | ) Case No: 4:10-cv-05228-SBA |
| Plaintiff, | ) **STIPULATION FOR DISMISSAL** |
| vs. | ) **WITH PREJUDICE** |
| VIZIO, INC., a Delaware corporation, VIZIO, INC., a California corporation, AND DOES 1-10 INCLUSIVE, | ) |
| Defendants. | ) |

Plaintiff, MONSTER, INC. and Defendants, VIZIO, INC., acting by and through the undersigned counsel of record, hereby stipulate and agree that this case should be dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

Dated: December 20, 2011       LARIVIERE, GRUBMAN & PAYNE, LLP

　　　　　　　　　　　　　　　 By:  /s/ Christopher J. Passarelli
　　　　　　　　　　　　　　　　　 Christopher J. Passarelli
　　　　　　　　　　　　　　　　　 Attorneys for Plaintiff

Dated: December 20, 2011       LEWIS BRISBOIS BISGAARD & SMITH, LLP

　　　　　　　　　　　　　　　 By:  /s/ Mina Hamilton (as authorized on 12/20/11)
　　　　　　　　　　　　　　　　　 David N. Makous
　　　　　　　　　　　　　　　　　 Mina Hamilton
　　　　　　　　　　　　　　　　　 Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 12-21-11

*Saundra B Armstrong*
Saundra Brown Armstrong
United States District Judge

STIPULATION FOR DISMISSAL WITH PREJUDICE
Case No. 4:10-cv-05228-SBA

2